UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use **only** in the District of Arizona. Instructions

| I. (a) PLAINTIFFS [Add New Plaintiff] | DEFENDANTS [Add New Defendant] |
|---|---|
| Julie Levitch   Edit   Delete | Maricopa County   Edit   Delete |
| **(b)** County of Residence of First Listed Plaintiff <br> [Maricopa ▼] | County of Residence of First Listed Defendant <br> [Maricopa ▼] |
| County Where Claim for Relief Arose <br> [Maricopa ▼] ||
| **(c) Plaintiff's Attorney** <br> [Add New PLA Attorney] | **Defendant's Attorney** (If known) <br> [Add New DFT Attorney] |
| ☐ Check here if you are filing a motion to proceed in forma pauperis ||

**II. Basis of Jurisdiction**
(Select from drop menu below)
[3. Federal Question (U.S. not a party) ▼]

**III. Citizenship of Principal Parties** (Diversity cases only)
*PLAINTIFF*
[1 Citizen of This State ▼]
*DEFENDANT*
[4 AZ corp or Principal place of Bus. in AZ ▼]

**IV. Origin**
(Select from drop menu below)
[1. Original Proceeding ▼]

**V. Nature of Suit** (Select one box)

| **Contract** | **Torts** | **Civil Rights** | **Other Statutes** |

- ○ 110 Insurance
- ○ 120 Marine
- ○ 130 Miller Act
- ○ 140 Negotiable Instrument
- ○ 150 Recovery of Overpayment & Enforcement of Judgment
- ○ 151 Medicare Act
- ○ 152 Student Loan -non VA
- ○ 153 Recovery of VA Benefits
- ○ 160 Stockholder Suits
- ○ 190 Other Contract
- ○ 195 Contract Product Liability
- ○ 196 Franchise

### Real Property
- ○ 210 Land Condemnation
- ○ 220 Foreclosure
- ○ 230 Rent Lease & Ejectment
- ○ 240 Torts to Land
- ○ 245 Tort Product Liability
- ○ 290 Other Real Property

### Bankruptcy
- ○ 422 Appeal 28 USC 158
- ○ 423 Withdrawal 28 USC 157

### Property Rights
- ○ 820 Copyrights
- ○ 830 Patent
- ○ 835 Patent - Abbreviated New Drug Application
- ○ 840 Trademark

### Personal Injury:
- ○ 310 Airplane
- ○ 315 Airplane Product Liability
- ○ 320 Assault, Libel & Slander
- ○ 330 Federal Employers' Liability
- ○ 340 Marine
- ○ 345 Marine Product Liability
- ○ 350 Motor Vehicle
- ○ 355 Motor Vehicle Product Liability
- ○ 360 Other Personal Injury
- ○ 362 Med. Malpractice
- ○ 365 Personal Injury - Product Liability
- ○ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ○ 368 Asbestos Personal Injury Product Liability

### Personal Property:
- ○ 370 Other Fraud
- ○ 371 Truth in Lending
- ○ 380 Other Personal Property Damage
- ○ 385 Property Damage Product Liability

### Immigration
- ○ 462 Naturalization Application
- ○ 465 Other Immigration Actions

### Forfeiture/Penalty
- ○ 625 Drug Related Seizure of Property 21 USC 881
- ○ 690 Other

- ● 440 Other Civil Rights
- ○ 441 Voting
- ○ 442 Employment
- ○ 443 Housing/Accommodations
- ○ 445 Amer. w/Disabilities - Employment
- ○ 446 Amer. w/Disabilities - Other
- ○ 448 Education

### Prisoner Petitions
### Habeas Corpus:
- ○ 463 Alien Detainee
- ○ 510 Motions to Vacate Sentence
- ○ 530 General
- ○ 535 Death Penalty

### Other:
- ○ 540 Mandamus & Other
- ○ 550 Civil Rights
- ○ 555 Prison Condition
- ○ 560 Civil Detainee - Conditions of Confinement

### Labor
- ○ 710 Fair Labor Standards Act
- ○ 720 Labor/Mgmt. Relations
- ○ 740 Railway Labor Act
- ○ 751 Family and Medical Leave Act
- ○ 790 Other Labor Litigation
- ○ 791 E.R.I.S.A.

- ○ 375 False Claims Act
- ○ 400 State Reapportionment
- ○ 410 Antitrust
- ○ 430 Banks & Banking
- ○ 450 Commerce/ICC Rates/ etc
- ○ 460 Deportation
- ○ 470 RICO
- ○ 480 Consumer Credit
- ○ 485 Telephone Consumer Protection Act
- ○ 490 Cable/Sat TV
- ○ 850 Securities/Commodities/Exchange
- ○ 880 Defend Trade Secrets Act
- ○ 890 Other Statutory Actions
- ○ 891 Agricultural Acts
- ○ 893 Environmental Matters
- ○ 895 Freedom of Information Act
- ○ 896 Arbitration
- ○ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ○ 950 Constitutionality of State Statute

### Social Security
- ○ 861 HIA (1395ff)
- ○ 862 Black Lung (923)
- ○ 863 DIWC/DIWW (405(g))
- ○ 864 SSID Title XVI
- ○ 865 RSI (405(g))

### Federal Tax Suits
- ○ 870 Taxes US Plaintiff or Defendant
- ○ 871 IRS Third Party 26 USC 7609

| | | | |
|---|---|---|---|
| Is this a removal from state court? No ⌄ | | | |
| **VI. Cause of Action** (CITE THE U. S. STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.) 42 U.S.C. §1983 et seq civil rights violations | | | |
| **VII. Requested in Complaint** | ○ Class Action Under FRCP 23<br>● Not Class Action | **Demand**<br>500,000 | **Jury Demand** (requested in Complaint)<br>● Yes ○ No |
| **VIII. This Case** | is related to case number _____, assigned to Judge _____. | | |

DATE: 08/17/2021       SIGNATURE OF ATTORNEY OF RECORD:
Daniel Kloberdanz

[ Generate JS-44 ]   [ Reset Form ]